IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIE FRANK WILBECK, Individually, <br> AND JULIE FRANK WILBECK AS <br> GUARDIAN OF EDWARD FRANK <br> PARKER, AND EDWARD FRANK <br> PARKER, <br>    Plaintiffs, <br><br> v. <br><br> O'REILLY AUTO ENTERPRISES, LLC, <br>    Defendant. | § § § § § § § § § § § | CASE NO. 1:21-cv-333-DAE |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiffs JULIE FRANK WILBECK, INDIVIDUALLY AND AS GUARDIAN OF EDWARD FRANK PARKER AND EDWARD FRANK PARKER and Defendant O'REILLY AUTO ENTERPRISES ("Parties"), and file this Joint Notice of Settlement as an advisory to the Court and respectfully state as follows:

1. On January 14, 2022, the Parties entered into an agreement to settle this case.

2. The Parties anticipate that a Release, Indemnity and Settlement Agreement will be executed within 60 days. Once executed, a Joint Stipulation of Dismissal will be filed.

3. The Parties respectfully request that all deadlines be vacated and that the case be removed from the Court's trial schedule.

Respectfully submitted,

**RAMON WORTHINGTON NICOLAS & CANTU, PLLC**
13413 Galleria Circle, Suite 120
Bee Cave, Texas 78738
T: 512-643-6005
F: 512-597-9397


*/s/Sarah A. Nicolas*
Sarah A. Nicolas
State Bar No. 24013543
snicolas@ramonworthington.com
Stephen W. Bosky
State Bar No. 24087190
sbosky@ramonworthington.com
Marc-Anthony P. Hanna
State Bar No. 24099843
mhanna@ramonworthington.com
**Electronic Service to:**
efile@ramonworthington.com
*ATTORNEYS FOR DEFENDANT*



*/s/ Rian Butler* (with permission)
Rian Butler
TBN:  24094110
Rian@ButlerInjury.com
**RIAN BUTLER LAW FIRM**
7500 Rialto Blvd., Bldg. 1
Suite 250
Austin, TX 78735
Telephone: (512) 956-9610
Facsimile: (512) 727-8499
*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2022, a true and correct copy of the foregoing document was served on the following:

Rian Butler
TBN: 24094110
Rian@ButlerInjury.com
**RIAN BUTLER LAW FIRM**
7500 Rialto Blvd., Bldg. 1
Suite 250
Austin, TX 78735
Telephone: (512) 956-9610
Facsimile: (512) 727-8499
*ATTORNEYS FOR PLAINTIFF*

                                                  */s/ Sarah A. Nicolas*
                                                  Sarah A. Nicolas