UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIE FRANK WILBECK, Individually, and JULIE FRANK WILBECK as guardian of EDWARD FRANK PARKER, and EDWARD FRANK PARKER, | § § § § § § | 1:21-CV-333-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| O'REILLY AUTO ENTERPRISES, LLC, | § | |
| Defendant. | | |

ORDER GRANTING JOINT STIPULATION OF DISMISSAL

On this day, the Court considered Plaintiffs Julie Frank Wilbeck, Individually, and Julie Frank Wilbeck as guardian of Edward Frank Parker, and Edward Frank Parker and Defendant O'Reilly Auto Enterprises, LLC's Joint Stipulation of Dismissal. (Dkt. # 22.) The parties, having resolved all issues in dispute between themselves in this matter, have jointly moved the Court to enter an order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing all claims in this action with prejudice. The Court, after considering all pertinent records, is of the opinion that such motion should be granted.

1

IT IS ORDERED that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE**.

The Clerk is **INSTRUCTED TO CLOSE THIS CASE**.

**DATED:** Austin, Texas, March 1, 2022.

_____
David Alan Ezra
Senior United States District Judge